UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DANIEL COBBLE, ET AL.                                                                                       Plaintiffs

v.                                                                                    Civil Action No. 3:21-cv-000415-RGJ-RSE

JPMORGAN CHASE BANK, N.A..                                                                                Defendant

**JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this same date and pursuant to Rules 54(b) and 58 of the Federal Rules of Civil Procedure it is **ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of Defendant JPMorgan Chase Bank, N.A. ("Chase") with respect to the claims brought against Chase in this matter.

2. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

*Rebecca Grady Jennings, District Judge*
*United States District Court*

May 9, 2025

Cc:   Counsel of Record
      Plaintiffs, Pro Se